**COURTROOM DEPUTY MINUTES**     **DATE:** June 23, 2006
**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING:** 11:33 a.m. to 11:39 a.m.

- [√] **INITIAL APPEARANCE**
- [ ] **DETENTION HEARING**
- [ ] **REMOVAL HEARING (Rule 5)**
- [ ] **ARRAIGNMENT**
- [ ] **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- [ ] **PRELIMINARY EXAMINATION**

**PRESIDING MAG. JUDGE** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON

**CASE NO.** 2:06MJ60-VPM    **DEFT. NAME:** BOBBY JOE DEDEAUX

**USA:** TERRY MOORER    **ATTY:** CHRISTINE FREEMAN

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO ;

**USPTSO/USPO:**

Defendant ___ does __√__ does NOT need an interpreter; NAME:

---

- [√] Kars.    Date of Arrest **6/23/06**    or    [√] Rule 5 Arrest
- [√] kia.    Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [ ] Finaff.    Financial Affidavit executed [ ] to be obtained by PTS; [ ] **ORAL** Motion for Appt. Of Counsel.
- [ ] koappted    **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- [ ] 20appt.    Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ]    Deft. Advises he will retain counsel. Has retained _____
- [ ]    Government's **ORAL** (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ]    Government's **WRITTEN** Motion for Detention Hrg. filed.
- [ ]    **DETENTION HRG** [ ] held; [ ] Set for _____ ; [ ] **Prelim. Hrg** [ ] Set for _____
- [ ] kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- [ ] kocondrls.    Release order entered. [ ] Deft. advised of conditions of release.
- [ ] kbnd.    [ ] **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
  - [ ] **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- [√] Loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- [√] ko.    Deft. **ORDERED REMOVED** to originating district
- [√] krmvhrg.    Identity/Removal Hearing [ ] set for _____ ; [√] **WAIVER** of Rule 5 & 5.1 Hearings
- [√] kwvprl.    Waiver of Preliminary hearing;
- [ ]    Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- [ ] Karr.    **ARRAIGNMENT** SET FOR: _____ [ ] **HELD**. Plea of **NOT GUILTY** entered.
  - [ ] Trial Term _____ ; [ ] **PRETRIAL CONFERENCE DATE:** _____
  - [ ] **DISCOVERY DISCLOSURES DATE:** _____
- [ ] Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- [ ] Kwvspt    **Waiver of Speedy Trial Act Rights Executed**.