✎ AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

| UNITED STATES OF AMERICA<br>V.<br>BOBBY JOE DEDEAUX | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 2:06-MJ-60-VPM | 1:04CR46WJG-JMR |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
    Indictment    ☐ Information    Complaint    X Other      Petition to Revoke Supervision

charging a                     U.S.C.

**DISTRICT OF OFFENSE**
SOUTHERN DISTRICT OF MISSISSIPPI

**DESCRIPTION OF CHARGES:**

Violations of conditions of release, arrest and failure to notify probation officer and failure to report.

**CURRENT BOND STATUS:**
  ☐ Bail fixed at             and conditions were not met
  ☐ Government moved for detention and defendant detained after hearing in District of Arrest
  ☐ Government moved for detention and defendant detained pending detention hearing in District of
  X Other      Defendant detained pending hearing in Southern District of Mississippi

**Representation:** ☐ Retained Own Counsel    X Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    X No    ☐ Yes    Language:

DISTRICT OF

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_June 23, 2006_            _[signature]_
Date                                   United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |